# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL SALAS SANCHEZ, *individually and on behalf of others similarly situated*,<br><br>*Plaintiff*,<br><br>-against-<br><br>BEIT ALMAQDIS LIVE POULTRY MKT INC. (D/B/A BAY RIDGE LIVE POULTRY), ABDULSALAM MUSED MOHAMED, JEAYB MUTHANA, and AHMED MUTHANA,<br><br>*Defendants* | Case No. **18-cv-05857**<br><br>**CERTIFICATE OF DEFAULT** |

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Jeayb Muthana, has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Jeayb Muthana, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       December 10, 2018

                                        **DOUGLAS C. PALMER**
                                          Clerk of the Court

                                 By: */s/Jalitza Poveda*
                                             Deputy Clerk

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL SALAS SANCHEZ, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff*,<br><br>-against-<br><br>BEIT ALMAQDIS LIVE POULTRY MKT INC. (D/B/A BAY RIDGE LIVE POULTRY), ABDULSALAM MUSED MOHAMED, JEAYB MUTHANA, and AHMED MUTHANA,<br><br>*Defendants* | 18-cv-05857<br><br>CERTIFICATE OF DEFAULT |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Beit Almaqdis Live Poultry Mkt Inc. (d/b/a Bay Ridge Live Poultry) has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Beit Almaqdis Live Poultry Mkt Inc. (d/b/a Bay Ridge Live Poultry) is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      December 10, 2018

**DOUGLAS C. PALMER**
Clerk of the Court

By: _/s/Jalitza Poveda_____
      Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL SALAS SANCHEZ, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff*,<br><br>-against-<br><br>BEIT ALMAQDIS LIVE POULTRY MKT INC. (D/B/A BAY RIDGE LIVE POULTRY), ABDULSALAM MUSED MOHAMED, JEAYB MUTHANA, and AHMED MUTHANA,<br><br>*Defendants* | Case No. **18-cv-05857**<br><br>**CERTIFICATE OF DEFAULT** |

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Ahmed Muthana, has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Ahmed Muthana, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       December 10, 2018

                                                  **DOUGLAS C. PALMER**
                                                    Clerk of the Court

                                       By: ___*/s/Jalitza Poveda*_____
                                                  Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL SALAS SANCHEZ, *individually and on behalf of others similarly situated,*<br><br>　　　　　　　　　　　　*Plaintiff*,<br><br>　　　　-against-<br><br>BEIT ALMAQDIS LIVE POULTRY MKT INC. (D/B/A BAY RIDGE LIVE POULTRY), ABDULSALAM MUSED MOHAMED, JEAYB MUTHANA, and AHMED MUTHANA,<br><br>　　　　　　　　　　　　*Defendants* | Case No. **18-cv-05857**<br><br>**CERTIFICATE OF DEFAULT** |

　　　I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Abdulsalam Mused Mohamed, has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Abdulsalam Mused Mohamed, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:　Brooklyn, New York
　　　　　December 10, 2018　　　　　　　　　　　　　　**DOUGLAS C. PALMER**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　　　　　　By: ___*/s/Jalitza Poveda*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk